| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Johnie Lee Hudson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Alabama (State) |
| Case number | 18-00588-DSC13 |

# Form 4100R
# Response to Notice of Final Cure Payment  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V

**Court claim no. (if known):** 1-2

**Last 4 digits** of any number you use to identify the debtor's account: 0585

**Property Address:** 1700 34th Ave N
Number    Street
Birmingham, AL 35207
City    State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06/01/2022    With $135.75 in suspense
MM/ DD /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ _____
b.  Total fees, charges, expenses, escrow, and cost outstanding:    + (b) $ _____
c.  **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/_____/_____
MM/ DD  /YYYY

Official Form 4100R    Response to Notice of Final Cure Payment    Page 1

| Debtor 1 | Johnie | Lee | Hudson | Case Number (if known) | 18-00588-DSC13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Hugh Andrew Smith                          Date 05/31/2022
  Signature

Print:   Hugh Andrew Smith,              Bar No. ABN 3408G20C       Title   Bankruptcy Attorney
         First name   Middle Name   Last name

Company  MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  3550 Engineering Drive, Suite 260
         Number      Street

         Peachtree Corners, GA 30092
         City          State    Zip Code

Contact phone  404-474-7149          Email:   hsmith@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Johnie Lee Hudson
1700 34th Ave North
Birmingham, AL 35207

**Via CM/ECF electronic service:**
Brent William Davis
Brent W. Davis & Associates, L.L.C.
Post Office Box 1808
Pelham, AL 35124

Bradford W. Caraway
P.O. Box 10848
Birmingham, AL 35202

Dated: May 31, 2022

                                          Respectfully submitted,

                                          By: /s/ Hugh Andrew Smith
                                          Hugh Andrew Smith, Esq.
                                          ABN 3408G20C

                                          MCMICHAEL TAYLOR GRAY, LLC
                                          Attorney for Creditor
                                          3550 Engineering Drive, Suite 260
                                          Peachtree Corners, GA 30092
                                          Telephone: 404-474-7149
                                          Facsimile: 404-745-8121
                                          E-mail: hsmith@mtglaw.com
                                          MTG File No.: 22-001746-01